IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| vs. : | |
| : | NO. 01-512-05 |
| ANDRE COOPER : | |

**O R D E R**

AND NOW, this 26th day of April, 2021, upon consideration of Defendant's Emergency Motion for Compassionate Release/Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(1)(A) (Doc. No. 1131) and the Government's Response in Opposition thereto, and Defendant's Response to the Government's Opposition, it is hereby ORDERED that the Defendant's Emergency Motion for Compassionate Release/Sentence Reduction is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,     J.